IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **TERRELLE PRYOR, on behalf of himself and all others similarly situated,**<br><br>*Plaintiff*,<br><br>v.<br><br>**NATIONAL COLLEGIATE ATHLETIC ASSOCIATION aka NCAA; LEARFIELD COMMUNICATIONS, LLC fka IMG COLLEGE; THE OHIO STATE UNIVERSITY; and THE BIG 10 CONFERENCE, INC.,**<br><br>*Defendants*. | **Case No. 2:24-cv-04019**<br><br>**Judge Sarah D. Morrison**<br><br>**Magistrate Judge Elizabeth Preston Deavers** |

## NOTICE OF WITHDRAWAL OF COUNSEL

Please take notice that Tamarra Matthews Johnson of the law firm of Wilkinson Stekloff LLP hereby withdraws as co-counsel for Defendant National Collegiate Athletic Association, pursuant to Local Civil Rule 83.4(d). The undersigned requests that Ms. Matthews Johnson be removed from all pleadings, notices, and other communication by the Court.

By: */s/ Tamarra Matthews Johnson*
Tamarra Matthews Johnson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Calanthe Arat (*pro hac vice*)
Matthew Skanchy (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
tmatthewsjohnson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
carat@wilkinsonstekloff.com
mskanchy@wilkinsonstekloff.com

1

By: */s/ Keith Shumate*
Keith Shumate (0056190), Trial Attorney
Erin K. Hassett (0099970)
**SQUIRE PATTON BOGGS**
2000 Huntington Center
41 South High Street
Columbus, OH 43215
Telephone: (614) 365-2834
Facsimile: (614) 365-2499
keith.shumate@squirepb.com
erin.hassett@squirepb.com

*Counsel for National Collegiate Athletic Association*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2025, I electronically filed the foregoing Notice of Withdrawal of Counsel with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties and counsel of record. Parties may access this filing through the Court's system.

Dated: May 7, 2025                                By: */s/ Tamarra Matthews Johnson*
                                                                    Tamarra Matthews Johnson